he maintains that we overlooked our earlier decision dealing with the same parties and, in part, with the same issues. (*Klingman v. Levinson* (1972), 9 Ill.App.3d 179, 292 N.E.2d 111.) Counsel argues that in the earlier case defendant appealed from an order sentencing him to 6 months in jail for contempt, and that therefore our present holding is incorrect.

Counsel's claim is unsupported by the record. The record in the earlier appeal clearly reveals that defendant appealed from an order holding him in contempt and imposing the following punishment:

"It is ordered that the defendant, Melvin E. Levinson, be and he is hereby committed to the County Jail of Cook County until such time as he shall purge himself of such contempt by complying with the aforesaid orders of July 7, 1970 and August 5, 1970."

An examination of the entire record fails to disclose any order of the trial court which sentenced defendant to 6 months in jail. As a result, plaintiff's filing of her notice of appeal from a non-existent order had no basis in the record, and did not operate to deprive the trial court of jurisdiction to consider defendant's motion to vacate the order of July 18, 1973.

Consequently, we adhere to our holding, and the cause is remanded for further proceedings not inconsistent with the holdings of this opinion.

DEMPSEY and MEJDA, JJ., concur.

HARRY MANUSHAW, Plaintiff-Appellee, *v.* CHECKER TAXI COMPANY, INC., *et al.*, Defendant-Appellant.

(No. 59880;

First District (5th Division)—August 9, 1974.

888

PER CURIAM.

Jesmer and Harris, of Chicago (Robert Jesmer and Marvin Lanzel, of counsel), for appellant.

Jacobs, Lieberman and Aling, of Chicago (Eugene Lieberman, of counsel), for appellee.

RICHARD J. DALEY, Mayor and Local Liquor Control Commissioner of the City of Chicago, Plaintiff-Appellee, v. HARLAND E. FERGUSON et al., Defendants-Appellants.

(No. 59183;

First District (5th Division)—August 9, 1974.